UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 2.5**
Eastern Division

| | |
|---|---|
| Chicago Truck Drivers, Helpers and Warehouse Workers Union (Independent) Pension Fund, et al.<br><br>Plaintiff,<br><br>v.<br><br><br><br>Loyal Casket Company<br><br>Defendant. | Case No.: 1:06−cv−05987<br><br>Honorable Mark Filip |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 12, 2006:

MINUTE entry before Judge Mark Filip : MOTION by Plaintiffs Chicago Truck Drivers, Helpers and Warehouse Workers Union (Independent) Pension Fund, Jack Stewart For Default and Default Judgment[9]is stricken. Defendants are given an extension of time within which to answer or otherwise plead to the complaint to and including 1/6/07. Status hearing set for 1/11/2007 at 09:30 AM.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.