UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO TRUCK DRIVERS, HELPERS ) <br> AND WAREHOUSE WORKERS UNION ) <br> (INDEPENDENT) PENSION FUND, ) <br> and JACK STEWART, trustee, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LOYAL CASKET COMPANY, ) <br> an Illinois corporation, ) <br> ) <br> Defendant. ) | Case No. 06 C 5987 <br><br> Judge Suzanne B. Conlon <br> Magistrate Judge Brown |

## PLAINTIFF'S MOTION FOR JUDGMENT ON BILL OF COSTS

Plaintiff Fund, through counsel, moves the Court under Fed.R.Civ.P. 54(d) for an order entering judgment on the Fund's Bill of Costs, and states in support

1. On June 11, 2008, the Court entered a judgment order for the Fund and against Defendant for ERISA withdrawal liability, interest, and statutory liquidated damages totaling $200,942.87, and which directed the parties to comply with Local Rule ("LR") 54.3 with respect to attorneys' fees and related non-taxable costs. (R. 60-60.)

2. On July 17, 2008, the Fund filed a Bill of Costs for $420.00. (R. 70.)

3. On July 21, 2008, the Court entered an order stating that "Defendant shall file any objections [to the Bill of Costs] by August 8, 2008. (R. 71.)

4. Defendant did not file any objections by August 8, 2008 or any time thereafter.

**WHEREFORE**, the Fund requests that the Court enter judgment on the Bill of Costs in the amount of $420.00.

Respectfully submitted,

/s/ William W. Leathem
William W. Leathem
*Attorney for Plaintiff*
Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Avenue, Suite 1720
Chicago IL 60603   (312) 327-3446

**CERTIFICATE OF SERVICE**

I certify that on August 25, 2008, I electronically filed the foregoing PLAINTIFF'S MOTION FOR JUDGMENT ON BILL OF COSTS with the Clerk of the court using the CM/ECF system which sent notification of such filing to the following counsel of record:

Jeffrey H. Bergman
Ungaretti & Harris LLP
3500 Three First National
Chicago, IL 60602

/s/ William W. Leathem
William W. Leathem